**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY EUGENE PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:12-CV-01764-SMS<br><br>ORDER DENYING PARTIES' STIPULATION AS MOOT<br><br>(Docs. 23) |

This Court having previously lifted the stay in this case (Doc. 21) and ordered the Commissioner to file his responding brief on or before December 2, 2013 (Doc. 22), the parties' stipulation to extend time to file Defendant's first brief (Doc. 23) is denied as moot.

IT IS SO ORDERED.

DATED: 10/31/2013                    /s/ SANDRA M. SNYDER
                                     UNITED STATES MAGISTRATE JUDGE

1